**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 15-6354**

—————————

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

     v.

TIMOTHY HOARD,

                    Defendant - Appellant.

—————————

Appeal from the United States District Court for the District of South Carolina, at Charleston.  David C. Norton, District Judge. (2:06-cr-00838-DCN-1)

—————————

Submitted:  May 19, 2015              Decided:  May 22, 2015

—————————

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Timothy Hoard, Appellant Pro Se. Robert Nicholas Bianchi, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Hoard appeals the district court's order denying his motion to reduce his sentence. Hoard charges that the district court erred by imposing a consecutive sentence because when his prior state sentence was imposed, the state court judge ordered that it be served concurrently with his future federal sentence. After reviewing the record, we find that we are without jurisdiction to consider Hoard's appeal. See 18 U.S.C. § 3742(a) (2012) (allowing appeals only from sentences "imposed in violation of law"); see also United States v. Davis, 679 F.3d 190, 194 (4th Cir. 2012) (holding that § 3742(a)(1) "does not give this Court jurisdiction to review any part of a discretionary sentencing decision"). Accordingly, we dismiss Hoard's appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED